IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PRADEEP ARORA, on behalf of himself and all others similarly situated, | Civil No. _____ (Class Action) |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | |
| HONOLULU STAR-ADVERTISER and OAHU PUBLICATIONS INC., jointly and severally, | |
| Defendants. | |

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury pursuant to Rule 38(b) of the

Federal Rules of Civil Procedure of all issues so triable.

DATED:  Honolulu, Hawai'i,___November 27___, 2023.

_/S/ DENNIS W. POTTS_____
**Dennis W. Potts**
Trevor S. Potts
Steven D. Liddle*
Nicholas A. Coulson*
*Pro hac vice* application pending
*Attorneys for the Plaintiff and Putative Class*