IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PRADEEP ARORA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>HONOLULU STAR-ADVERTISER and OAHU PUBLICATIONS INC., jointly and severally,<br><br>    Defendants.<br>_____ | Civil No. _____<br>(Class Action)<br><br>SUMMONS IN A CIVIL ACTION |

## **SUMMONS IN A CIVIL ACTION**

TO ABOVE NAMED DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer

or motion must be served on the plaintiff or plaintiff's attorney,

whose name and address are:

> Dennis W. Potts
> Trevor S. Potts
> Potts & Potts
> American Savings Bank Tower
> 1001 Bishop Street, Suite 795
> Honolulu, HI. 96813
> Telephone No. (808) 537-4575

If you fail to respond, judgment by default will be entered

against you for the relief demanded in the complaint.

You must file your answer or motion with the court.

Date: _____    _____
                                 Signature Clerk or Deputy Clerk