**POTTS & POTTS**
HAWAI'I TRIAL ATTORNEYS
DENNIS W. POTTS #1121-0
dennis@pottsalc.com
TREVOR S. POTTS #10806-0
trevor@pottsalc.com
American Savings Bank Tower
1001 Bishop Street, Ste. 745
Honolulu, Hawai'i 96813
Telephone No. (808) 537-4575

**COULSON PC**
Nicholas A. Coulson*
nick@coulsonpc.com
*Pro hac vice
300 River Place Dr, Ste 1700
Detroit, Michigan 48207
Telephone No. (313) 644-2685

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PRADEEP ARORA, on behalf of himself and all others similarly situated, | ) ) ) | CIVIL NO. 1:23-CV-00480-HG-KJM |
| | ) ) | **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY** |
| Plaintiff, | ) ) | **APPROVAL OF CLASS ACTION SETTLEMENT; MEMORANDUM** |
| | ) ) | **IN SUPPORT OF MOTION;** |
| vs. | ) ) | **DECLARATION OF NICHOLAS A. COULSON; EXHIBITS "1"** |
| HONOLULU STAR-ADVERTISER and OAHU PUBLICATIONS INC., jointly and severally, | ) ) ) | **"2"; CERTIFICATE OF SERVICE** |
| | ) ) | |
| Defendants. | ) ) | |
| | ) ) | |
| _____ | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff PRADEEP ARORA, by and through his undersigned attorneys, hereby moves this Court to preliminarily approve the Settlement reached between Plaintiff and Defendants Oahu Publications, Inc., on behalf of itself and the erroneously named defendant, Honolulu Star-Advertiser (collectively referred to as the "Oahu Publications").

This Motion is brought pursuant to Rule 23 of the Federal Rules of Civil Procedure and is based upon the accompanying Memorandum in Support of Motion, the declarations in support thereof, attached exhibits, and the record and files herein. The parties have conferred, and Defendants do not oppose this Motion for Preliminary Approval.

Dated: Honolulu, Hawai'i,  March 19                , 2025.

POTTS & POTTS
HAWAI'I TRIAL ATTORNEYS


/S/ DENNIS W. POTTS
Dennis W. Potts
POTTS & POTTS
HAWAI'I TRIAL ATTORNEYS

Nicholas A. Coulson (*pro hac vice*)
Julia G. Prescott (*pro hac vice*)
COULSON P.C.

*Attorneys for Plaintiffs and the Putative Class*

2